NO. 25-8077

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CONSENT MOTION FOR 30-DAY EXTENSION TO FILE APPELLEES' BRIEF |
| Plaintiffs-Appellees, | |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants-Appellants. | |

Plaintiffs-Appellees (Plaintiff States) respectfully request a 30-day extension of time to file their response brief in this matter, up to and including April 27, 2026. Defendants-Appellants (HHS) have consented to this motion. This is the first request for an extension made by Plaintiff States.

"Plaintiff States are recipients of non-discretionary federal grants that fund 'evidence-based' adolescent sexual health programs." ER-6 (quoting record). "The grant funds are issued by HHS under the direction of two statutes: the Personal Responsibility Education Program ("PREP") grant, 42 U.S.C. § 713 and the Title V Sexual Risk Avoidance Education ("SRAE") grant, 42 U.S.C. § 710." ER-6-7.

In August of 2025, HHS undertook a series of actions to require the Plaintiff States "to remove all content concerning gender ideology" from their PREP and SRAE curricula. *See* ER 13-14 (emphasis omitted). Plaintiff States challenged the actions raising Administrative Procedure Act and constitutional claims, ER 229-236 (listing causes of action), and moved for a preliminary injunction, ER 191-193, which the district court granted, ER 80-81.

Litigation in the district court continues. HHS filed the administrative record on January 16, 2026, and a motion for summary judgment on January 30, 2026. Dkts. 90, 99.[1] Plaintiffs States filed their opposition and cross-motion on February 20, 2026. Dkts. 102, 103. Under the scheduling order stipulated to by the parties, HHS may file a response and reply by March 13, 2026, and Plaintiff States may file a reply by March 27, at which time the cross-motions will be fully briefed. Dkt. 88.

HHS appealed the district court's preliminary injunction order and requested a thirty-day extension for its opening brief. Plaintiff States consented to the extension but noted that under the normal 30-day deadline for filing a response brief, their deadline would fall on March 27, the same day as their reply in the underlying district court matter. Plaintiff States requested that HHS agree

---

[1] Citations to "Dkt." are to the docket before the district court.

2

to a commensurate 30-day extension for Plaintiff States' response brief, to which HHS agreed. HHS later confirmed its consent to a 30-day extension of Plaintiff States' response brief, after it had filed its opening brief.

In addition to the overlapping brief deadlines between this appeal and the cross-motions before the district court, counsel for Plaintiff States have several other responsibilities necessitating an extension. William McGinty and Kelly Paradis are Deputy Solicitors General in the Washington State Attorney General's Office and will be primarily responsible for drafting Plaintiff States' brief in this matter. They both have ongoing responsibilities including assisting in the preparation of oral argument scheduled for March 5 in the matter of *Washington v. Trump*, No. 25-1922 (9th Cir.), a hearing on cross-dispositive motions scheduled for March 19 in the matter of *Oregon v. Kennedy*, No. 6:25-cv-02409-MTK (D. Or.), and various non-public duties related to the representation of Washington State and its various agencies and instrumentalities.

Plaintiff States and their counsel have exercised diligence and will file their response brief within the time requested. *See* Circuit Rule 31-2.2(b)(5).

3

For the foregoing reasons, the Court should grant Plaintiff States' requested 30-day extension, and permit Plaintiff States to file their response brief on April 27, 2026.

Pursuant to Fed. R. App. P. 27(d)(2)(A), this motion contains 516 words.

RESPECTFULLY SUBMITTED this 2nd day of March 2026.

<div style="margin-left: 3em;">

NICHOLAS W. BROWN
Attorney General

*s/ William McGinty*
WILLIAM MCGINTY
KELLY PARADIS
Deputy Solicitors General
LUCY WOLF
ALEXIA DIORIO
MOLLY POWELL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
william.mcginty@atg.wa.gov
kelly.paradis@atg.wa.gov
lucy.wolf@atg.wa.gov
alexia.diorio@atg.wa.gov
molly.powell@atg.wa.gov

*Attorneys for Plaintiff-Appellee State of Washington*

</div>