UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al.,<br><br>Defendants - Appellants. | No. 25-8077<br><br>D.C. No.<br>6:25-cv-01748-AA<br>District of Oregon,<br>Eugene<br><br>ORDER |

The parties' joint request to continue the stay on this case, Dkt. No. 55, is GRANTED. Appellate proceedings remain stayed until further order from the Court. Within thirty days of this order, the parties shall file a joint status report advising the Court on the status of their efforts to resolve the issues on appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT